ACCEPTED
01-15-00624-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 4:15:15 PM
CHRISTOPHER PRINE
CLERK

GARDERE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/28/2015 4:15:15 PM

CHRISTOPHER A. PRINE
Clerk

October 28, 2015

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:    *In re Rescue Concepts, Inc.*, 01-15-00624-CV; First Court of Appeals—
       Original Proceeding from the 270th Judicial District Court of Harris
       County, Texas.

Dear Mr. Prine,

Relator, Rescue Concepts, Inc. ("RCI") respectfully requests that your office forward this correspondence to the panel considering the above-captioned case.

Shortly after filing this proceeding, Relator, Rescue Concepts, Inc., ("RCI") filed a *Motion for Expedited Consideration*, which this Court granted by order dated July 27, 2015. As of this letter, the Court has not rendered an opinion on RCI's petition for writ of mandamus.

Remaining mindful of the many obligations placed upon the Court, and especially due to this Court's July 27, 2015 order determining that this case warranted expedited consideration, RCI respectfully requests that this Court issue an order as soon as its docket reasonably allows.

Regards,

James G. Munisteri
t: 713.276.5752
f: 713.276.6752
jmunisteri@gardere.com

JGM:kwj

October 28, 2015
Page 2


cc:     Honorable Brent Gamble **[via efiling: Danielle.Gutierrez@hcdistrictclerk.com]**
        270th Judicial District Court
        201 Caroline, 13th Floor
        Houston, Texas  77002

        Mr. Gregory N. Jones **[via efiling]**
        Law Office of Gregory N. Jones
        2323 S. Shepherd, 14th Floor
        Houston, Texas  77019